# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **ANDREA BEALS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CV-2022 |
| ) | |
| **EASTERN ILLINOIS UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#13) was filed by the Magistrate Judge in the above cause on May 5, 2009. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#13) is accepted by this court.

(2) Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (#7) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 27TH day of MAY , 2009.

s/MICHAEL P. MCCUSKEY
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE